```
Filer's Name, Address, Phone, Fax, Email:
STUART T. ING #7284
ROBERT K. KEKUNA JR. #3838
Law Office of Stuart T. Ing
1330 Ala Moana Blvd. Ste 301
Honolulu, Hawaii 96814
Telephone No.: (808) 521-6600  Fax No.: (808) 356-0256
Email: stuarti@lava.net
```



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1009-1 (12/09)

Debtor: **Leilani Ruth Smith**   Case No.: **09-2649**

Joint Debtor: (if any)   Chapter: **7**

## COVER SHEET FOR AMENDMENTS

**Check all of the following that are being amended.**

Schedules: ☐ A  ☐ B  ☐ C  ☐ G  ☐ H  ☐ I  ☑ J

Schedules: ☐ D  ☐ E  ☐ F  ($26 fee for 1 or more)

☐ List of Creditors / Mailing Matrix

☐ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ Statement of Financial Affairs

☑ Statement of Intention

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

/s/ Leilani Smith
Signature of Debtor
Dated: 12/28/09

/s/ _____
Signature of Joint Debtor
Dated: _____

### CERTFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 12/28/09    /s/ Stuart Ing

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

IN RE Smith, Leilani Ruth                                   Case No. 09-02649
                    Debtor(s)                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 475.00 |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ |
|    b. Water and sewer | $ |
|    c. Telephone | $ |
|    d. Other  Cell Phone | $ 50.00 |
|             Cable & Satellite | $ 12.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  Personal Grooming | $ 50.00 |
|          Prospective Car Puchase | $ 200.00 |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.  $ 1,457.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 1,369.90 |
| b. Average monthly expenses from Line 18 above | $ 1,457.00 |
| c. Monthly net income (a. minus b.) | $ -87.10 |

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Hawaii**

IN RE:                                                     Case No. 09-02649

Smith, Leilani Ruth                        Chapter 7

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Citizens Caf | **Describe Property Securing Debt:**<br>2007 Chevy Cobalt SS - 40,000 mileage |
| Property will be *(check one)*:<br>☑ Surrendered    ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt    ☑ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered    ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt    ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes   ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes   ☐ No |

_____ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____      /s/ Leilani Smith
                                            Signature of Debtor

                                            Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          USBC Clerk's Office                      Amex
0975-1                                   1132 Bishop Street                       C/O BECKET AND LEE
Case 09-02649                            Suite 250                                Po Box 3001
District of Hawaii                       Honolulu, HI 96813-2807                  Malvern, PA 19355-0701
Honolulu
Wed Dec 23 11:24:50 HST 2009

Amex                                     Cap One                                  Cap One
Po Box 297871                            ATTN: C/O TSYS DEBT MANAGEMENT           Po Box 85520
Fort Lauderdale, FL 33329-7871           Po Box 5155                              Richmond, VA 23285-5520
                                         Norcross, GA 30091-5155

Chase                                    Chex Systems Inc.                        Citizens Caf
Po Box 15298                             Attn: Consumer Relations                 480 JEFFERSON BLVD
Wilmington, DE 19850-5298                7805 Hudson Rd. Ste 100                  Rje 135
                                         Woodbury, MN 55125-1703                  Warwick, RI 02886-1359

Citizens Caf                             Credit Management Co                     Department Of Taxation
480 Jefferson Blvd                       2121 Noblestown Rd                       Attn: Bankruptcy Unit
Warwick, RI 02886-1359                   Pittsburgh, PA 15205-3956                Po Box 259
                                                                                  Honolulu, HI  96809-0259

Equifax Credit Information Service       Experian                                 Hsbc Bank
Po Box 740241                            Po Box 2104                              Po Box 5253
Atlanta, GA 30374-0241                   Allen, TX 75013-9504                     Carol Stream, IL 60197-5253

(p)INTERNAL REVENUE SERVICE              Office of the U.S. Trustee               Telecheck
CENTRALIZED INSOLVENCY OPERATIONS        1132 Bishop Street, Suite 602            6200 Sourth Quebec St.
PO BOX 21126                             Honolulu, HI 96813-2830                  Greenwood Village, CO  80111
PHILADELPHIA PA 19114-0326

Transunion                               Verizon Wireless                         Leilani Ruth Smith
Po Box 2000                              BANKRUPTCY ADMINISTRATION DEPARTMENT     181 Kihapai St.
Chester, PA 19016-2000                   P.O. BOX 3397                            Kailua, HI 96734-2667
                                         BLOOMINGTON, IL 61702-3397

Richard A. Yanagi                        Stuart T. Ing
1136 Union Mall, #303                    Law Office of Stuart T. Ing
Honolulu, HI 96813-2711                  1330 Ala Moana Blvd., Ste 301
                                         Honolulu, HI 96814-4263
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                 End of Label Matrix
Po Box 21126                             Mailable recipients    22
Philadelphia, PA  19114                  Bypassed recipients     0
                                         Total                  22
```